IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KYLE PERRY,

    Petitioner,

v.

WILLIAM DANFORTH; and TYRONE OLIVER,

    Respondents.

CIVIL ACTION NO.: 4:23-cv-44

**O R D E R**

Before the Court is the Magistrate Judge's January 22, 2024 Report and Recommendation, (doc. 20), to which no objections have been filed. After a careful de novo review, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 20), as its opinion. Respondents' Motion to Dismiss is **GRANTED**. (Doc. 12.) Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED, without prejudice,** as unexhausted. (Doc. 8.)

Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on

appeal, an appeal would not be taken in good faith.  Thus, *in forma pauperis* status on appeal is likewise **DENIED**.  28 U.S.C. § 1915(a)(3).  The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 22nd day of March, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA